# In the United States Court of Federal Claims

No. 24-1545

Filed: March 19, 2025

|  |  |
|---|---|
| ENAMUL HAQE CHOWDHURY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

On September 30, 2024, plaintiff, Enamul Chowdhury, proceeding *pro se*, filed a complaint in this Court in which he appears to allege that the United States government failed to assist him in paying a court filing fee, and that the government of Bangladesh interfered with his ability to receive the proceeds of a judgment entered by the United States District Court for the District of Columbia. *See generally* Plaintiff's Complaint, ECF No. 1. Defendant filed its motion to dismiss on November 5, 2024. *See generally* Defendant's Motion to Dismiss, ECF No. 8. Mr. Chowdhury's response was due on or before December 3, 2024. *Id.* However, Mr. Chowdhury filed his response on March 17, 2025. *See generally* Plaintiff's Response to Defendant's Motion to Dismiss [hereinafter Plaintiff's Motion]. Mr. Chowdhury's response is therefore over three months late.

Rule 41(b) of the Rules of the United States Court of Federal Claims states that, "[i]f the plaintiff fails to prosecute or to comply with . . . a court order, the court may dismiss [the case] on its own motion," and that doing so "operates as an adjudication on the merits." Mr. Chowdhury failed to prosecute his case and failed to comply with a Court-ordered deadline by not filing his response by December 3, 2024. Plaintiff's Motion is hereby **DISMISSED**, *sua sponte*, pursuant to Rule 41(b) of the Rules of the United States Court of Federal Claims. The Clerk of Court is directed to take the necessary steps to dismiss this matter.

**IT IS SO ORDERED.**

s/ *Loren A. Smith*

Loren A. Smith,
Senior Judge